IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARIA MARTINEZ § | |
| § | CIVIL ACTION NO. 2:13-cv-538-JRG |
| v. § | |
| § | JURY DEMANDED |
| WAL-MART STORES, INC. and § | |
| WAL-MART STORES TEXAS, LLC § | |

## MOTION FOR DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES MARIA MARTINEZ, Plaintiff in the above entitled and numbered cause, and hereby files this Motion to Dismiss and would respectfully show the Court the following:

1. Plaintiff no longer desires to prosecute her causes of action as alleged in Plaintiff's Complaint on file in this cause, and requests the Court to dismiss such causes of action as to all Defendants with prejudice with costs to be paid by the party incurring same.

## CERTIFICATE OF CONFERENCE

2. The undersigned Counsel and the Counsel for the Defendant have complied with the meet and confer requirement set out in Local Rule cv-7(h) 3. Defense counsel does not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the above entitled and numbered cause be dismissed as to all Defendants with prejudice with costs to be paid by the party incurring same.

Respectfully submitted,

LUKE BICKHAM, P.C.
515 South Vine
Tyler, Texas  75702
Telephone:    (903) 533-8820
luke@lukebickham.com

By:    /s/ *Luke Bickham*
         LUKE BICKHAM
         State Bar No. 00787080

ATTORNEY IN CHARGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this ___27___ day of March 2014, via the method indicated to all counsel of record, as set forth below:

|        | Method          |        | Method        |
|--------|-----------------|--------|---------------|
| _____  | Certified Mail  | _____  | Hand Delivery |
| x____  | U.S. Mail       | _____  | Express Mail  |
| _____  | Electronic Mail | _____  | Fax           |

/s/ *Luke Bickham*
LUKE F. BICKHAM

Ed Merritt
Jessica LaRue
404 North Green Street
P.O. Drawer 2072
Longview, Texas 75606